UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV -2 PM 4: 53
CLERK_____
SO. DIST. OF GA.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Oscar Lee Brown, Jr. | ) | Case No: 4:95-CR-00123-2 |
| | ) | USM No: 08921-021 |
| Date of Original Judgment: January 9, 1996 | ) | Abda Lee Quillian |
| Date of Previous Amended Judgment: N/A | ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment, if any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated  January 9, 1996,  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: Nov. 2, 2015

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia

Effective Date: _____
*(if different from order date)*                          Printed name and title