# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia
Savannah Division

| | |
|---|---|
| United States of America<br>v.<br><br>Oscar Lee Brown, Jr.<br><br>Date of Original Judgment: January 9, 1996<br>Date of Previous Amended Judgment: Not applicable<br>*(Use Date of Last Amended Judgment if Any)* | ) <br> ) Case No: 4:95-cr-00123-2<br> ) <br> ) USM No: 08921-021<br> ) <br> ) Abda Lee Quillian<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☒ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

[FILED stamp: U.S. DISTRICT COURT SAVANNAH DIV. 2019 FEB 28 PM 4:39 CLERK SO. DIST. OF GA.]

Except as otherwise provided, all provisions of the judgment dated January 9, 1996, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: FEB. 28, 2019

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
*Printed name and title*

Effective Date: _____
*(if different from order date)*